IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK RAPLEY,

        Petitioner,           JUDGMENT IN A CIVIL CASE

v.                                Case No. 11-cv-18-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Derrick Rapley's motion for relief under 28 U.S.C. § 2255 is DENIED.


By: _____            _____1-10-11_____
    Peter Oppeneer, Clerk of Court                    Date